1
2
3
4                    UNITED STATES DISTRICT COURT
5                    EASTERN DISTRICT OF WASHINGTON

```
 6  RONONLD L. CAMPBELL,              )
                                      ) No. CV-08-00134-JPH
 7            Plaintiff,              )
                                      ) ORDER GRANTING JOINT MOTION
 8  v.                                ) FOR AGREED PROTECTIVE ORDER
                                      )
 9  CITY OF SPOKANE, WASHINGTON,      ) (Ct. Rec. 26.)
    BRIAN ECKERSLEY, and KEVIN        )
10  KING,                             )
                                      )
11            Defendants.             )
                                      )
12
```

Actually correcting: "RONALD L. CAMPBELL"

13    This matter having come before the court on the parties'
14 stipulation for a protective order (Ct. Rec. 26) relating to
15 matters of discovery, and the Court being fully advised,
16    **IT IS ORDERED** that the motion (**Ct. Rec. 26**) is **granted** and
17 all parties and attorneys shall abide by the following conditions
18 relating to documents between the parties in this case:
19    A.   The term "confidential material" as used herein,
20 shall mean:
21    (1) The Spokane Police Department's Internal Affairs file
22 that relates to an investigation of Spokane Police Officers's
23 conduct during an event or events that relate to factual
24 allegations made by plaintiffs in their complaint for damages, and
25 shall include that portion of any responses to interrogatories of
26 the parties, requests for production by the parties, depositions
27 of the parties, their agents, employees, and retained expert
28

ORDER GRANTING JOINT MOTION
FOR AGREED PROTECTION ORDER                                  - 1 -

witnesses and consultants, and depositions of any witness that relate to said Internal Affairs file; and

(2) The personnel files and training records of the defendant employees.

B. Confidential material shall hereafter be used solely by the parties for the purpose of conducting this litigation and not for any other purpose without order of the court or written consent of the parties or their counsel.

C. For purposes of conducting this litigation, confidential material may be used by and disclosed only to the following persons:

(1) The attorneys working on this action on behalf of either party and their employees;

(2) The parties, their representatives and their employees with knowledge of the matters which form the basis of this litigation;

(3) Any person, including expert witnesses and consultants, who is expressly retained by any attorney or party described in paragraphs (1) and (2) above, to assist in the preparation of this action for trial, whether or not their testimony is used at trial;

(4) Witnesses having knowledge of the writings or documents and matters disclosed therein; and

(5) The court.

D. Any person who makes disclosure of confidential material under paragraph C of this order shall advise each person to whom disclosure is made concerning the terms of this protective order.

E. The persons described in subparagraphs (1) through (5) of paragraph C above are enjoined from disclosing confidential

ORDER GRANTING JOINT MOTION
FOR AGREED PROTECTION ORDER - 2 -

materials or the substance thereof to any other person except in conformance with this order and the laws relating to public disclosure.

F. Neither the parties' stipulation nor anything contained herein shall prevent or prejudice the right of any party to apply to the court for an order striking the designation of confidentiality and removing documents, writings or information from the restrictions contained in this order. Any party may apply to the court for an order modifying this order or imposing additional restrictions on upon the use of confidential material.

G. Subject to further order of the court, any confidential material submitted or presented to or filed with the court shall be filed in a sealed envelope or other sealed container marked "Confidential" subject to protective order, and with the name of the producing party, a statement that the documents are sealed pursuant to this order and that it is not to be opened or the contents displayed or revealed except in conformity with further order of the court.

H. Use during trial of any confidential material or information covered by this order shall be determined by the Magistrate Judge assigned to preside over pretrial and trial matters in this case.

I. At the conclusion of this matter all copies of any confidential materials produced by the plaintiffs shall be returned to the plaintiff's attorney and all copies of any material produced by the defendants shall be returned to the attorneys for defendants.

J. Any disclosure beyond the above limitations shall require

a written agreement between the parties or their counsel, or in the event of no agreement, further order of the court as described in paragraph F.

K. Violation of the terms of the order shall be deemed contempt of court. Penalty for the contempt may include but is not limited to financial terms, expulsion from evidence of the confidential material disclosed in violation of the order, the dismissal with prejudice of the offending parties' cause of action or defense, and/or any other term deemed appropriate by the court.

DATED this 24th day of March, 2009.

s/ James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE