UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD L. CAMPBELL,            ) | No. CV-08-134-JPH |
| )  | |
| Plaintiff,          ) | ORDER ADOPTING REPORT AND |
| )  | RECOMMENDATION |
| v.          ) | (**Ct. Rec. 59**) |
| )  | |
| CITY OF SPOKANE, BRIAN        ) | |
| ECKERSLEY, and KEVIN KING,    ) | |
| )  | |
| Defendants.         ) | |

BEFORE THE COURT is the Report and Recommendation to deny defendants' motion for summary judgment as to all federal claims and grant summary judgment as to all state claims (Ct. Rec. 59). Defendant's moved for summary judgment on July 23, 2009 (Ct. Rec. 36). On October 9, 2009, plaintiff filed a response (Ct. Rec. 47). Magistrate Judge James P. Hutton heard oral argument on defendants' motion on December 16, 2009 (Ct. Rec. 58). His report and recommendation, filed on December 23, 2009 (Ct. Rec. 59), recommends defendants' summary motion be denied as to all federal claims. On January 11, 2010, defendants timely filed objections to this portion of the magistrate judge's report (Ct. Rec. 60).

Defendants raise objections rearguing points rejected by the magistrate judge. First, the magistrate judge found plaintiff shows genuine issues of material fact exist with respect to his claim defendants used excessive force, namely, whether plaintiff

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

posed an immediate threat to the officers' safety and whether he resisted arrest (Ct. Rec. 59 at 13-14). Defendants fail to show the determination is incorrect.

Second, plaintiff claims defendants failed to adequately train and supervise its officers in the use of force, specifically, when removing an object from a subject's mouth (Ct. Rec. 59 at 14), a claim defendants deny. The magistrate judge found "issues involving the use of force, after arrest, in the drive stun tasering, in squeezing (or choking) a subject's throat and/or using a flashlight to pry open their jaw, are matters better left to the trier of fact in determining if the absence of training and supervision directly and proximately resulted in the excessive use of force against the Plaintiff." The magistrate judge also noted, correctly, "whether the absence of any policy amounts to deliberate indifference to the constitutional rights of citizens is generally a jury question sufficient to preclude summary judgment" (Ct. Rec. 59 at 14). Defendants' objection is not well taken for the reasons cited in the report.

Last, defendants object the report fails to address qualified immunity (Ct. Rec. 60 at 9-11). Defendants fail to recognize the "determination of whether a reasonable officer could have believed lawful the particular conduct at issue" (Ct. Rec. 60 at 9, citing *Sloman v. Tadlock*, 21 F.3d 1462, 1467 (9th Cir. 1994) depends on the trier of fact's determination of the officers' conduct at the time of arrest.

Having reviewed the Report and Recommendation and the files and records herein, and finding the objections are not well taken, the Court adopts the magistrate judge's report and recommendation

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2

in its entirety.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Summary Judgment (Ct. Rec. 36) as to all federal claims is **DENIED**,

2. Defendants' Motion for Summary Judgment as to all state claims is **GRANTED (**Ct. Rec. 36).

Plaintiff's state claims are dismissed.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward copies to counsel for the parties and the magistrate judge.

**DATED** this 3rd day of February, 2010.


                                        s/Robert H. Whaley

                                        ROBERT H. WHALEY
                                     United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 3