AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RONALD L. CAMPBELL,

      Plaintiff,

      v.

SPOKANE CITY POLICE DEPARTMENT, et al,

      Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-134-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment entered in favor of Defendants. File closed.

December 9, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer